UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Nathan Weiss

Plaintiff(s)/Petitioner(s),

vs.

Amkor Technology Inc. et al

Defendant(s)/Respondent(s)

CASE NO: 2:07-cv-00278-PGR

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

NOTICE: Please submit the $100 fee with your application.

I, __Christopher J. Keller__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of State-Boston Retirement System, Scott Bishins, Westmoreland County Employees Retirement System, City of Wilkes Barre

CITY AND STATE OF PRINCIPAL RESIDENCE: Malverne New York

FIRM NAME: Labaton Sucharow & Rudoff LLP

ADDRESS: 100 Park Avenue     SUITE: ___

CITY: New York     STATE: NY     ZIP: 10017

FIRM/BUSINESS PHONE: (212) 907-0853

FIRM FAX PHONE: (212) 883-7053     E-MAIL ADDRESS: ckeller@labaton.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| U.S.D.C. Southern District NY | 2/00 | **Yes** / No* |
| U.S.D.C. Eastern District NY | 2/00 | **Yes** / No* |
|  |  | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
|  |  |  |
|  |  |  |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y / **N**
   Have you ever been disbarred from practice in any Court?   Y / **N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

2/15/07
Date

Signature of Applicant

Fee Receipt # PHX054374

(Rev. 11/06)

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

CHRISTOPHER J. KELLER, Bar # CK2347

was duly admitted to practice in this Court on

FEBRUARY 8TH, 2000, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street, New York, New York on FEBRUARY 15th, 2007

J. Michael McMahon, Clerk

by Roberto Miranda, Deputy Clerk