UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FEB 2 8 2007

Nathan Weiss )
   **Plaintiff(s)/Petitioner(s),** )
)
                                     ) **CASE NO:** 2:07-cv-00278-PGR
vs. )
) **Application of Attorney For Admission To Practice**
Amkor Technology, Inc. et al. ) **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
)
**Defendant(s)/Respondent(s)** )

NOTICE: Please submit the $100 fee with your application.

I, ___Stephen W. Tountas___, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of ___State-Boston Retirement System, Scott Bishins, ~~Westmoreland County Employees Retirement System~~___,

CITY AND STATE OF PRINCIPAL RESIDENCE: ___New York, New York___     City of Wilkes Barre

FIRM NAME: ___Labaton Sucharow & Rudoff LLP___

ADDRESS: ___100 Park Avenue___     SUITE: _____

CITY: ___New York___     STATE: __NY__     ZIP: __10017__

FIRM/BUSINESS PHONE: (212) ___907-0700___

FIRM FAX PHONE: (212) ___818-0477___     E-MAIL ADDRESS: ___stountas@labaton.com___

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| U.S.D.C. District of New Jersey | 06/04 | **Yes** / No* |
| Bar of the State of New York | 10/04 | **Yes** / No* |
| Bar of the State of New Jersey | 12/03 | **Yes** / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
|  |  |  |
|  |  |  |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y / **N**
    Have you ever been disbarred from practice in any Court?    Y / **N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

___2/27/07___          _[signature]_
Date                                       Signature of Applicant

pN054524

(Rev. 11/06)

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, **WILLIAM T. WALSH**, *Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

*Stephen W. Tountas*

*was duly admitted to practice in said Court as of June 1, 2004 and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: February 22, 2007

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*