**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE BOSTON RETIREMENT SYSTEM; et al., | No. 07-16986 |
| Plaintiffs - Appellants, | D.C. No. CV-07-00278-PHX-PGR District of Arizona, Phoenix |
| and | |
| NATHAN WEISS; et al., | ORDER |
| Plaintiffs, | |
| v. | |
| AMKOR TECHNOLOGY, INC.; et al., | |
| Defendants - Appellees, | |
| v. | |
| JOSEPH D. BOUND; et al., | |
| Movant. | |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A copy of this order served upon the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator